BRIAN W. BOSCHEE, ESQ. (NBN 07612)
Email: bboschee@nevadafirm.com
JAMES D. BOYLE, ESQ. (NBN 08384)
Email: jboyle@nevadafirm.com
JOANNA M. MYERS, ESQ. (NBN 12048)
Email: jmyers@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:   702/791-0308
Facsimile:   702/791-1912

HARRY W. LIPMAN, ESQ. (*PHV forthcoming*)
hlipman@rlrpclaw.com
RICHARD E. ROSBERGER, ESQ. (*PHV forthcoming*)
Email: rrosberger@rlrpclaw.com
ROTTENBERG LIPMAN RICH, P.C.
230 Park Avenue, 18th Floor
New York, New York 10169
Telephone:   212/661-3080
Facsimile:   212/867-1914

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZITAN TECHNOLOGIES, LLC, a Nevada limited liability company; and GINKGO LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LIANG YU, an individual,<br><br>Defendant. | CASE NO.:   3:18-cv-00395-RCJ-WGC<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS** |

Pursuant to LR II 7-3(c), Plaintiffs Zitan Technologies LLC ("Zitan") and Ginkgo LLC ("Ginkgo") (collectively, "Plaintiffs"), by and through their undersigned attorneys, hereby respectfully submit this Motion to Exceed Page Limits with regard to *Plaintiffs' Reply to Defendant's Opposition to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction* (the "Reply"), and hereby request that this Court enter an order granting Plaintiffs' leave to file four (4) pages in excess of the twelve (12) page limit for replies as set forth in LR II 7-3(b). Counsel for Defendant Liang Yu ("Mr. Yu") does not object to Plaintiffs' request to

- 1 -

13119-01/2095754.docx

| | |
|---|---|
| 1 | exceed the page limit. *See* Declaration of James D. Boyle Esq. In Support of Plaintiffs' Motion |
| 2 | to Exceed Page Limitation attached hereto as Exhibit A ("Boyle Decl."). |
| 3 | Good cause exists to extend the page limitation set forth in LR II 7-3(b) because: (1) the factual background pertinent to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 14 and 15 (the "Motion")) involves complex claims of misappropriation of trade secrets under the federal Defense of Trade Secrets Act and Nevada's Uniform Trade Secrets Act, and breach of contract. Boyle Decl., at ¶ 2(a). Each of these claims raises extensive factual and legal issues, which must be analyzed through the requirements for obtaining injunctive relief under statutory provisions and case law precedent, all of which Plaintiffs are compelled to address in detail. Boyle Decl., at ¶ 2(b). In his opposition brief, Mr. Yu raises numerous factual and legal issues which were not addressed in the underlying motion, all of which Plaintiffs must address and refute. Boyle Decl., at ¶ 2(c). Thus, including introductory and conclusion language, as well as the caption and signature block, Plaintiffs' Reply includes four (4) pages in addition to the permissible twelve (12) pages allowed by LR II 7-3(b), for a total of sixteen (16) pages. Boyle Decl., at ¶ 2(d). |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

Accordingly, the Plaintiffs respectfully request that this Court extend the permissible page limit for the Reply to up to sixteen (16) pages.

DATED this 17th day of September, 2018.

**HOLLEY DRIGGS WALCH**
**FINE WRAY PUZEY & THOMPSON**

*/s/ James D. Boyle*
BRIAN W. BOSCHEE, ESQ. (NBN 07612)
JAMES D. BOYLE, ESQ. (NBN 08384)
JOANNA M. MYERS, ESQ. (NBN 12048)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

**ROTTENBERG LIPMAN RICH, P.C.**

HARRY W. LIPMAN, ESQ.
RICHARD E. ROSBERGER, ESQ.
230 Park Avenue, 18th Floor
New York, New York 10169

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNISTED STATES DISTRICT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Dated: September 25, 2018

- 3 -

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that on the 17th day of September, 2018, I caused the document entitled **PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**, to be served as follows:

| Attorneys of Record | Parties Represented | Method of Service |
|---|---|---|
| Leigh Goddard, Esq.<br>Laura Jacobsen, Esq.<br>McDONALD CARANO LLP<br>100 West Liberty Street, 10th Floor<br>Reno, Nevada 89501 | Defendant Liang Yu | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>☐ Mail Service |
| Edwin K. Prather, Esq.<br>Sybil L. Renick, Esq.<br>PRATHER LAW OFFICES<br>245 Fifth Street, Suite 103<br>San Francisco, California 94103 | Attorneys for Defendant Liang Yu | ☐ Personal Service<br>■ Email/E-File<br>☐ Fax Service<br>■ Mail Service |

/s/ Kate Andrews
An employee of Holley Driggs Walch
Fine Wray Puzey & Thompson

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

**EXHIBIT A**



| | |
|---|---|
| 1 | BRIAN W. BOSCHEE, ESQ. (NBN 07612) |
| | Email: bboschee@nevadafirm.com |
| 2 | JAMES D. BOYLE, ESQ. (NBN 08384) |
| | Email: jboyle@nevadafirm.com |
| 3 | JOANNA M. MYERS, ESQ. (NBN 12048) |
| | Email: jmyers@nevadafirm.com |
| 4 | HOLLEY DRIGGS WALCH |
| | FINE WRAY PUZEY & THOMPSON |
| 5 | 400 South Fourth Street, Third Floor |
| | Las Vegas, Nevada 89101 |
| 6 | Telephone:   702/791-0308 |
| | Facsimile:   702/791-1912 |
| 7 | |
| 8 | HARRY W. LIPMAN, ESQ. (*PHV forthcoming*) |
| | hlipman@rlrpclaw.com |
| 9 | RICHARD E. ROSBERGER, ESQ. (*PHV forthcoming*) |
| | Email: rrosberger@rlrpclaw.com |
| 10 | ROTTENBERG LIPMAN RICH, P.C. |
| | 230 Park Avenue, 18th Floor |
| 11 | New York, New York 10169 |
| | Telephone:   212/661-3080 |
| 12 | Facsimile:   212/867-1914 |

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZITAN TECHNOLOGIES, LLC, a Nevada limited liability company; and GINKGO LLC, a Nevada limited liability company, | CASE NO.:   3:18-cv-00395-RJC-WGC |
| Plaintiffs, | **DECLARATION OF JAMES D. BOYLE ESQ. IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATION** |
| v. | |
| LIANG YU, an individual, | |
| Defendant. | |

I, James D. Boyle, Esq., hereby state and declare as follows:

1. I am a shareholder with Holley Driggs Walch Fine Wray Puzey & Thompson, and am one of the attorneys representing Plaintiffs Zitan Technologies, LLC and Ginkgo LLC (collectively, "Plaintiffs') in this matter. I make this declaration in support of Plaintiffs' Motion to Exceed Page Limitations, wherein Plaintiffs request this Court's leave to exceed the twelve (12) page limit set forth in LR II 7-3(b), with regard to Plaintiffs' Reply In Support of Motion for Temporary Restraining Order and Preliminary Injunction (the "Reply Brief").

- 1 -

2. Good cause exists to exceed the page limit with regard to the Reply Brief for the following reasons:

    a. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF Nos. 14 and 15 (the "Motion")) involves an evaluation of complex claims regarding misappropriation of trade secrets under the federal Defense of Trade Secrets Act and Nevada's Uniform Trade Secrets Act, and breach of contract;

    b. Each of these claims raises extensive factual issues, which must be evaluated through the legal requirements for obtaining injunctive relief under controlling statutory allowances and case law precedent, all of which Plaintiffs are compelled to address in detail.

    c. Defendant Liang Yu's ("Mr. Yu") Opposition to the Motion addresses multiple factual disputes and legal arguments which were not raised in the Motion. In this regard, Plaintiffs must address and refute the factual disputes and legal arguments raised by Mr. Yu, and provide analysis of these matters through the statutory provisions and case law precedent for obtaining injunctive relief.

    d. Including introduction and conclusion language, and the caption and signature block, Plaintiffs' Reply Brief is sixteen (16) pages in length and exceeds the allowable page limitation by four (4) pages. Plaintiffs respectfully suggest that the additional four pages of the Reply Brief are necessary and valuable to the Court's ultimate analysis of the Motion and the issues presented therein.

3. On September 17, 2018, I received an email from counsel for Mr. Yu stating that Mr. Yu has no objection to Plaintiffs' request to exceed the page limit. *See* Email from L. Goddard dated September 17, 2018 attached hereto as Exhibit A-1.

///

///

///

///

///

I hereby declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED this 17th day of September, 2018, at Las Vegas, Nevada.

_____
JAMES D. BOYLE, ESQ.

INTENTIONALLY LEFT BLANK
EXHIBIT PAGE ONLY

EXHIBIT 1



# Joanna Myers

**From:** Leigh T. Goddard <lgoddard@mcdonaldcarano.com>
**Sent:** Monday, September 17, 2018 11:05 AM
**To:** Joanna Myers; Laura Jacobsen
**Cc:** Jim Boyle; Brian Boschee; sybil; Edwin Prather
**Subject:** RE: Zitan/Ginkgo - Motion to Exceed Page Limits

We have no objection to your request to exceed the page limit in reply.

**Leigh Goddard** | Partner

**McDONALD CARANO**

**P:** 775.788.2000 | **E:** lgoddard@mcdonaldcarano.com

**From:** Joanna Myers <jmyers@nevadafirm.com>
**Sent:** Monday, September 17, 2018 10:30 AM
**To:** Leigh T. Goddard <lgoddard@mcdonaldcarano.com>; Laura Jacobsen <ljacobsen@mcdonaldcarano.com>
**Cc:** Jim Boyle <jboyle@nevadafirm.com>; Brian Boschee <bboschee@nevadafirm.com>
**Subject:** Zitan/Ginkgo - Motion to Exceed Page Limits

Good morning Leigh and Laura,

As a follow up to my message with your assistant, I wanted to reach out and let you know we are filing a motion to exceed the page limit for our reply (by 4 pages). Please let us know if we can indicate your consent.

We are reviewing your edits to the Protective Order and should have it back to you shortly.

Kind regards,

Joanna

**Joanna Myers**
Attorney
Las Vegas Office


HOLLEY·DRIGGS·WALCH
FINE·WRAY·PUZEY·THOMPSON

Tel: 702.791.0308 | Fax: 702.791.1912
400 S. 4th Street, Suite 300, Las Vegas NV 89101

Tel: 775.851.8700 | Fax: 775.851.7681
800 S. Meadows Parkway, Suite 800, Reno NV 89521

www.nevadafirm.com

This email message (including any attachments): (a) may include privileged, confidential, proprietary and/or other protected information, (b) is sent based upon a reasonable expectation of privacy, and (c) is not intended for transmission to, or receipt by, unauthorized persons. If you are not the intended recipient, please notify the sender immediately by telephone (702.791.0308) or by replying to this message and then delete the message and all copies or portions from your system. Thank you.