# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZITAN TECHNOLOGIES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>LIANG YU,<br><br>　　　　　　Defendant. | Case No.: 3:18-CV-00395-RCJ-WGC<br><br>ORDER SETTING TELEPHONIC STATUS CONFERENCE |

　　　　IT IS HEREBY ORDERED that a Telephonic Status Conference is for 10:00 A.M., Monday, July 6, 2020, in Reno Courtroom 3, before District Judge Robert C. Jones.

　　　　IT IS FURTHER ORDERED that counsel shall dial into the AT&T Meet-Me-Line 888-675-2535 and provide Access Code No.: 2900398 and Security Code: 070620 five (5) minutes prior to the hearing.  Please remain on the line until such time as the Court joins the call and convenes the proceeding.

　　　　IT IS FURTHER ORDERED that the parties shall file a Joint Status Report on or before 5:00 P.M., Wednesday, July 1, 2020.

　　　　IT IS SO ORDERED this 19th day of June, 2020.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge