LEIGH GODDARD (NV Bar No. 6315)
LAURA JACOBSEN (NV Bar No. 13699)
McDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, Nevada 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
lgoddard@mcdonaldcarano.com
ljacobsen@mcdonaldcarano.com

EDWIN K. PRATHER (CA Bar No. 190536)
SYBIL L. RENICK (CA Bar No. 213149
*Admitted Pro Hac Vices*
PRATHER LAW OFFICES
245 Fifth Street, Suite 103
San Francisco, California 94103
Telephone: (415) 881-7774
Edwin@pratherlawoffices.com
Sybil@pratherlawoffices.com

*Attorneys for Defendant Liang Yu*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| ZITAN TECHNOLOGIES, LLC, a Nevada Limited liability company; and GINGKO LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LIANG YU, an individual,<br><br>Defendant. | Case No. 3:18-cv-00395-RCJ-WGC<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFFS' MOTION TO CONFIRM FINAL AWARD AND CORRECTION OF FINAL AWARD OF ARBITRATION (ECF No. 72) AND PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS (ECF No. 73)**<br>**(First Request)** |

Plaintiffs ZITAN TECHNOLOGIES, LLC and GINGKO LLC ("Plaintiffs") and Defendant LIANG YU ("Defendant"), by and through their respective undersigned counsel, hereby stipulate and agree that the time for Defendant LIANG YU to respond to Plaintiffs' Motion to Confirm Final Award and Correction of Final Award of Arbitrator (ECF No. 72) and to Plaintiffs' Motion for Attorneys' Fees and Non-Taxable Costs Incurred in Prosecuting requests for Injunctive Relief (ECF No. 73) shall be extended from March 29, 2021 up to and including **April 2, 2021**. Any reply thereto shall be filed by Plaintiffs on or before **April 9, 2021**.

This Stipulation represents the parties' first request to extend the deadlines relative to the referenced motions. The undersigned represent this Stipulation is made in good faith and is not intended for purposes of delay.

DATED: March 29, 2021.

**HOLLEY DRIGGS**

/s/ *James D. Boyle*
BRIAN W. BOSCHEE, ESQ. (NBN 07612)
JAMES D. BOYLE, ESQ. (NBN 08384)
JOANNA M. MYERS, ESQ. (NBN 12048)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

DATED: March 29, 2021.

**MCDONALD CARANO LLP**

/s/ *Laura Jacobsen*
LEIGH GODDARD (NBN 06315)
LAURA JACOBSEN (NBN 13699)
100 West Liberty Street, 10th Floor
Reno, Nevada 89501

**PRATHER LAW OFFICES**

/s/ *Sybil L. Renick*
EDWIN K. PRATHER (admitted PHV)
SYBIL L. RENICK (admitted PHV)
245 Fifth Street, Suite 103
San Francisco, California 94103

*Attorneys for Defendant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: March 30, 2021.

4829-0825-7763, v. 1

2