McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| ZITAN TECHNOLOGIES, LLC, a Nevada Limited liability company; and GINGKO LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>LIANG YU, an individual,<br><br>Defendant. | Case No. 3:18-cv-00395-RCJ-WGC<br><br>**ORDER FOR REMOVAL OF LAURA JACOBSEN FROM SERVICE LIST** |
|---|---|

Defendant Liang Yu, by and through his attorney Leigh Goddard, of McDonald Carano LLP, hereby moves for the removal of Laura Jacobsen from the CM/ECF Service List in the above-captioned matter.

This Motion shall also serve as notice that attorney Laura Jacobsen has disassociated as counsel of record in this case.

///

///

///

Accordingly, Liang Yu respectfully requests Laura Jacobsen's name be removed from the CM/ECF Service List in this matter.

Dated: July 9, 2021  McDONALD CARANO LLP

/s/ *Leigh Goddard*
LEIGH GODDARD

PRATHER LAW OFFICES
Edwin K. Prather (CA Bar No. 190536)
Sybil L. Renick (CA Bar No. 213149
245 Fifth Street, Suite 103
San Francisco, California 94103
Telephone: (415) 881-7774
Edwin@pratherlawoffices.com
Sybil@pratherlawoffices.com

*Attorneys for Defendant Liang Yu*

IT IS SO ORDERED.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATE: July 12, 2021.